Patricia Halstead, Esq.
Halstead Law Offices
615 S. Arlington Ave.
Reno, NV 89509
(775) 322-2244
Fax: (775) 465-4144
phalstead@halsteadlawoffices.com
Attorney for Carol Gauler, Personal Representative

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE S. GAULER, PERSONAL REPRESENTATIVE OF THE ESTATE OF PAUL L. KLEIN,<br><br>             Plaintiff,<br>     vs.<br><br>INTERNAL REVENUE SERVICE, Department of the Treasury;<br>DANIEL WERFEL, in his official capacity as Commissioner of Internal Revenue Service;<br>DOES 1-X,<br><br>             Defendants. | Case No.: 3:24-cv-00082-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO BOTH OPPOSE AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURSDICTION**<br>**(First Request)** |

  Come now Plaintiff Carole S. Gauler, in her capacity as the Personal Representative of the Estate of Paul L. Klein, by and through counsel Patricia Halstead of Halstead Law Offices, and Defendants, by and through counsel Alexander Stevko, United States Department of Justice, Tax Division, and hereby stipulate to extend the deadline for Plaintiff to oppose, and for Defendants to reply in support of, the Motion to Dismiss for Lack of Jurisdiction, filed on behalf of Defendants on May 17, 2024.  The parties stipulate that Plaintiff shall have up to and including July 1, 2024, by which to oppose the motion.  Defendants will then have up to and including July 22, 2024, by which to file a reply.  This extension is stipulated upon to accommodate the schedules of both counsel and is necessary in light of the Memorial Day and Fourth of July holidays and pre-

1

existing obligations.  There has been no prior extension requested to respond or to reply to the motion.

Dated this 29th day of May 2024.

| /s/ Patricia Halstead | /s/ Alexander Stevko |
|---|---|
| Attorney for Carole S. Gauler, Personal Representative of the Estate of Paul L. Klein | Trial Attorney, Tax Division U.S. Department of Justice Counsel for the United States |

IT IS SO ORDERED

DATED this 31st day of May 2024

_____
U.S. DISTRICT COURT JUDGE