# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE S. GAULER, PERSONAL REPRESENTATIVE OF THE ESTATE OF PAUL L. KLEIN,<br><br>                      Plaintiff,<br><br>  v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>                      Defendants. | 3:24-cv-00082-ART-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Monday, August 19, 2024.**

**IT IS SO ORDERED.**

DATED: July 29, 2024.

_____
Craig S. Denney
United States Magistrate Judge