1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

10  CAROLE S. GAULER, PERSONAL
    REPRESENTATIVE OF THE ESTATE OF
11  PAUL L. KLEIN,

12          Plaintiff,

13          vs.

14  INTERNAL REVENUE SERVICE,
    Department of Treasury; DANIEL WERFEL,
15  in his official capacity as Commissioner of
    Internal Revenue Service; DOES 1-X,
16
            Defendants.
17

Case No.: 3:24-cv-00082-ART-CSD

ORDER GRANTING THE UNITED STATES' MOTION TO WITHDRAW AS COUNSEL AND FOR SUBSTITUTION OF COUNSEL

18  This matter is before the Court on the United States' Motion to Withdraw as Counsel and

19  for Substitution of Counsel (ECF No. ).

20  Upon consideration of the Motion and for good cause shown, the Motion to Withdraw as

21  Counsel and for Substitution of Counsel is GRANTED. It is ORDERED that Samuel Holt will

22  be removed as counsel for the defendants, and Connor J. Pestovich will be substituted as counsel

23  for the defendants.

1   IT IS SO ORDERED.

2   DATED: March 12, 2025.

_____
Hon. Craig S. Denney
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order
Case No. 3:24-cv-00082-ART-CSD

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395